Floyd BRUCE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13952.

United States Court of Appeals Sixth Circuit.

Dec. 17, 1959.

William B. Jones, U. S. Atty., Louisville, Ky., for appellee.

Before McALLISTER, Chief Judge, and MILLER and CECIL, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on appeal from denial of a motion to vacate sentence and to correct judgment, and the Court being duly advised:

Now therefore, it is ordered, adjudged and decreed that the order of the District Court be, and is hereby affirmed. Blockburger v. United States, 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306; Gore v. United States, 357 U.S. 386, 78 S.Ct. 1280, 2 L. Ed.2d 1405; Woody v. United States, 6 Cir., 258 F.2d 535, affirmed by an equally divided court in 359 U.S. 118, 79 S.Ct. 721, 3 L.Ed.2d 673.

Vernon KIMBROUGH, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13956.

United States Court of Appeals Sixth Circuit.

Dec. 28, 1959.

Henry J. Cook, Lexington, Ky., for appellee.

Before McALLISTER, Chief Judge, MILLER, Circuit Judge, and BROOKS, District Judge.

PER CURIAM.

The above cause coming on to be heard on the appeal of Vernon Kimbrough from an order of the District Court denying appellant's motion to vacate sentence under Title 28, U.S.C.A. § 2255, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the order of the District Court be, and is hereby affirmed. Blockburger v. United States, 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306; Gore v. United States, 357 U.S. 386, 78 S.Ct. 1280, 2 L. Ed.2d 1405; Woody v. United States, 6 Cir., 258 F.2d 535.